UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHIT ROHIT, | No.  1:26-cv-0286 DC AC |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner, proceeding through counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  On January 16, 2026, the district judge converted petitioner's motion for temporary restraining order (ECF No. 2) to a motion for preliminary injunction by the consent of the parties and granted the motion.  ECF No. 8.  The district judge also referred the case to the magistrate judge for further proceedings.  See id.  Because petitioner may be entitled to the requested relief if the claimed violations are proved, respondent will be directed to show cause why the writ should not be granted by filing an answer/return.  See 28 U.S.C. § 2243.

Accordingly, IT IS HEREBY ORDERED that:

1.  Respondents are directed to file an answer/return within 180 days from the date of this order.  Respondent shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application.

1

2.  Petitioner's reply/traverse, if any, is due within 60 days after being served a copy of respondent's answer/return.

DATED: January 26, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2